**George Robert HUFF; Maria Huff; V.R.H., by and through his Guardian Ad Litem George Robert Huff, Plaintiffs–Appellants,**

**v.**

**CITY OF BURBANK, a municipal corporation; Darin Ryburn, as an individual and in his official capacity; Edmundo Zepeda, as an individual and in his official capacity; Chris Robarts, as an individual and in his official capacity; Fernando Munoz, as an individual and in his official capacity, Defendants–Appellees.**

No. 09–55239.

United States Court of Appeals, Ninth Circuit.

April 19, 2012.

Leo James Terrell, Law Office of Leo James Terrell, Beverly Hills, CA, for Plaintiffs–Appellants.

Calvin House, Gutierrez, Preciado & House, LLP, Pasadena, CA, Carol Ann

Humiston, Esquire, Senior Litigating, Office of the City Attorney, Burbank, CA, Richard Terzian, Esquire, Robert John Tyson, Burke, Williams & Sorensen, LLP, Los Angeles, CA, for Defendants–Appellees.

Before: ALEX KOZINSKI, Chief Circuit Judge, JOHNNIE B. RAWLINSON, Circuit Judge, and ALGENON L. MARBLEY, United States District Judge.*

## ORDER

We remand to the district court to comply with the United States Supreme Court's decision in *Ryburn v. Huff*, — U.S. —, 132 S.Ct. 987, 181 L.Ed.2d 966 (2012).

The mandate shall issue forthwith. *See* Fed. R.App. P. 41(b).